rent litigation involves a different appraisal, appraiser, Town assessor and Town attorney. There is no proof that Brennan "acquired any confidential information during the prior representation" and, under the circumstances, "there is no realistic possibility that confidences were disclosed" that would be relevant to the current litigation (*CNY Mech. Assocs. v Fidelity & Guar. Ins. Co.*, 229 AD2d 950, 951; *see also, Millar El. Indus. v 421 Port Assocs.*, 228 AD2d 272). Respondents have merely alleged that Brennan obtained confidential information, without specifying the nature of that information or how it would bear on the issues in the current litigation (*see, Yasuda Trust & Banking Co. v 250 Church Assocs.*, 206 AD2d 259, 260; *Lightning Park v Wise Lerman & Katz*, 197 AD2d 52, 55).

All concur, Wesley, J., not participating. (Appeal from Order of Supreme Court, Erie County, Glownia, J.—Disqualify Counsel.) Present—Denman, P. J., Pine, Wesley, Doerr and Balio, JJ.

■ In the Matter of NIAGARA MOHAWK POWER CORPORATION, Appellant, v TOWN OF TONAWANDA ASSESSOR et al., Respondents. KENMORE TOWN OF TONAWANDA UNION FREE SCHOOL DISTRICT et al., Intervenors-Respondents. (Appeal No. 2.) [653 NYS2d 906] —Order reversed on the law without costs and motion denied. Same Memorandum as in *Matter of Niagara Mohawk Power Corp. v Town of Tonawanda Assessor* ([appeal No. 1] 236 AD2d 783 [decided herewith]).

All concur, Wesley, J., not participating. (Appeal from Order of Supreme Court, Erie County, Glownia, J.—Disqualify Counsel.) Present—Denman, P. J., Pine, Wesley, Doerr and Balio, JJ.

■ In the Matter of NIAGARA MOHAWK POWER CORPORATION, Appellant, v TOWN OF TONAWANDA ASSESSOR et al., Respondents. KENMORE TOWN OF TONAWANDA UNION FREE SCHOOL DISTRICT et al., Intervenors-Respondents. (Appeal No. 3.) [653 NYS2d 907] —Order reversed on the law without costs and motion denied. Same Memorandum as in *Matter of Niagara Mohawk Power Corp. v Town of Tonawanda Assessor* ([appeal No. 1] 236 AD2d 783 [decided herewith]).

All concur, Wesley, J., not participating. (Appeal from Order of Supreme Court, Erie County, Glownia, J.—Disqualify Counsel.) Present—Denman, P. J., Pine, Wesley, Doerr and Balio, JJ.

■ In the Matter of NIAGARA MOHAWK POWER CORPORATION, Appellant, v TOWN OF TONAWANDA ASSESSOR et al.,